

THE Shoulder    p. o. box 7130 • spanish fort, alabama • 36577-7130 • 251-626-2199 • fax 251-626-2388
Website: www.theshoulder.org
E-mail: info@theshoulder.org

*A Christian 12 Step Alcohol/Drug Treatment Center Since 1988*
*Certified by The Alabama Department of Mental Health & Mental Retardation*

February 17, 2013

Brandy Hambright
1206 Dauphin St.
Mobile, AL 36604

RE: Wayne Collier
SS: ▉▉▉▉▉▉

Dear Ms. Hambright,

The purpose of my correspondence is to update you concerning Wayne Collier. As you are aware Mr. Collier was admitted to The Shoulder for residential treatment on 11/27/13. As is customary he has been drug screened randomly throughout his treatment and has remained negative for all substances.

While at The Shoulder, he has participated in community meetings, spiritual groups, family groups, Church, several self-help meetings a week and a weekly Bible study. He also has worked during the day and attended group therapy in the evenings.

Mr. Collier participates well in group and appears to have bonded with his peers. He has maintained a positive attitude throughout his treatment and taken the suggestions of the program seriously. He presents as committed to his sobriety as evidenced by his continued abstinence, lifestyle changes, and obtaining a sponsor. He reports that he is currently working the 4th step of the 12 steps and calls his sponsor regularly.

If you need any additional information, please do not hesitate to contact me.

Sincerely,

*Carrie J. Pinnegar*

Carrie L. Pinnegar, MS, CAC
Residential Counselor, 251-410-6415



United Way
of
Baldwin County

This certifies that

**WAYNE COLLIER**

Has successfully completed all the requirements
of The Shoulder's treatment program on:

**February 20, 2014**

He is celebrated as a child of God,
and is officially recognized as a member of The Shoulder family.

_Carrie Pinnegar_  2/20/14
Carrie Pinnegar, MS, CAC, Counselor — Date

_Whitey Whiten_  2/20/14
Whitey Whiten, CAC, Program Coordinator — Date

_David W. Brown_  2/20/14
David W. Brown, BS, CAC, Executive Director — Date




# NATIONAL CENTER for FATHERING

recognizes that

## Wayne Collier

has successfully completed the class using the curriculum

### Chill Skills (Anger Management)

He commits to be a dad that supports his child(ren) as an involved father who loves them, knows them, guides them, and helps them achieve their destiny.

On the date,

February 12, 2014

_____
Chief Executive Officer
National Center for Fathering



fathers.com
NATIONAL CENTER FOR FATHERING

The Family Center Baldwin County
Organization Name

Judy Simpson
Class Facilitator, Trainer
National Center for Fathering

# NATIONAL CENTER for FATHERING

recognizes that

## Wayne Collier

has successfully completed the class using the curriculum

### Quenching the Father Thirst ™

On the date,

February 12, 2014

He commits to be a dad that supports his child(ren) as an involved father who loves them, knows them, guides them, and helps them achieve their destiny.

_____
Chief Executive Officer
National Center for Fathering


fathers.com
NATIONAL CENTER FOR FATHERING

The Family Center Baldwin County
Organization Name

Judy Simpson
Class Facilitator, Trainer
National Center for Fathering

To whom it may concern,

    I am writing on behalf of Wayne Collier, who I know is a changed person. He has learned from his mistakes and has decided to truly change his life. He has always been an amazing person, wonderful father, and has always been there for his children and I also anyone else that has ever needed him. He always does his hardest and never allows anything to get him down.

He has made poor choices in the past but now has made a complete change. I've known Wayne Collier for eight years, and been in a relationship with him for two of those years and I truly believe he has changed for the better and is ready to move forward, also in my opinion I think this program he has been in the past three months has truly helped him and shown him to not make the same mistake from this day forward and also has driven him to only succeed.

I will be there to support him in any

way that I can I will stand beside him to push him towards success and to see he knows he has support and can do whatever he has to become what he needs to be. I thank you for your time.

Sincerely -
Tabatha Samson

February 11, 2014

Angela Horn
22605 Old U.S. Hwy 59
Poteau, OK 74953

Your Honor,

I am writing this letter on behalf of my son, Wayne Eric Collier, Jr., (EJ). I wanted to show my support for him in my absence from court today. EJ has definitely made his share of mistakes, usually due to drug use, but during the periods when he has been free of drugs, he is truly a good person. He has a very kind heart, is a hard worker, and is a good father to his three children. They miss him and need him here to love and support them. I have and will continue to support him in any way that I can to help him to be a productive member of society. I have seen willingness in him to want to change his life for the better and to continue to stay drug free. I believe that he truly wants to make some major changes in his life so that he can be here for his children and for his family.

Thank you for taking the time to read my thoughts and allowing me to show support for my son.

Sincerely,

*Angela Horn*

Angela Horn